UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. CR08-82-RSL |
| v. ) | |
| ) | |
| JERMAINE SATTERWHITE, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1:    Conspiracy to Distribute Cocaine and Crack Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A), and 846.

<u>Date of Detention Hearing</u>:    April 2, 2008

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that defendant is a flight risk and a danger to the community based on the nature of the pending charges. Application of the presumption is appropriate in this case.

    (2)    Defendant has a lengthy criminal history with multiple failures to appear as

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

...

01 required.

02     (3)    Defendant has a history of failure to comply with Court Orders.

03     (4)    U.S. Attorney proffered defendant remained on fugitive status until arrested.

04     (5)    There is little or no background information as defendant was not interviewed by
05 Pretrial Services.

06     (6)    Defendant is a risk of nonappearance and danger to the community.

07     (7)    There are no conditions or combination of conditions other than detention that will
08 reasonably assure the appearance of defendant as required or ensure the safety of the community.

09     IT IS THEREFORE ORDERED:

10     (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

14     (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16     (3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

20     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

23     DATED this 3rd day of April, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 2

required.

(3) Defendant has a history of failure to comply with Court Orders.

(4) U.S. Attorney proffered defendant remained on fugitive status until arrested.

(5) There is little or no background information as defendant was not interviewed by Pretrial Services.

(6) Defendant is a risk of nonappearance and danger to the community.

(7) There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of April, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER                                                                      15.13
18 U.S.C. § 3142(i)                                                              Rev. 1/91
PAGE 2